THE HONORABLE RONALD B. LEIGHTON

```
___ FILED    ___ LODGED
      ___ RECEIVED
      AUG 3 1 2011
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELLISSA FISHERIES, LLC AND HARLOCK MURRAY UNDERWRITING, LTD., <br><br>Plaintiffs,<br><br>v.<br><br>NEWPORT DIESEL & MARINE COMPANY, INC.,<br><br>Defendant. | No. 11-05517 RBL<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**<br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

Plaintiffs Chellissa Fisheries, LLC and Harlock Murray Underwriting, LTD, herein give notice under Fed. R. Civ P. 41(a)(1)(A)(i) of their intent to dismiss with prejudice all claims against all defendants for the reason that the parties have settled all claims in this matter. None of the defendants have filed an answer to plaintiffs' complaint or a motion for summary judgment. Plaintiffs' Notice of Dismissal With Prejudice per Fed. R. Civ. P. 41(a)(1)(A)(i) is being served upon each of the captioned defendants and/or their known counsel.



[ PREJUDICE

11-CV-05517-ORD

**NIELSEN ▪ SHIELDS**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

1  DATED this 30th day of August, 2011.

2

3                                    *s/Lanning Trueb*
   LANNING M. TRUEB, WSBA # 31389
   Nielsen Shields, PLLC
4  600 Stewart Street, Suite 1703
   Seattle, Washington 98101
5  Telephone:   206-728-1300
   Facsimile:   206-728-1302
6  Email:       lmt@nielsenshields.com
                lmtrueb@msn.com
7  Attorneys for Defendants

8

9

10

11

12

13

14

15  IT IS SO ORDERED THIS 31st DAY OF August, 2011

16  ___Ronald B. Leighton___
    UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE
No. 11-05517 RBL – Page 2

NIELSEN ■ SHIELDS
PLLC
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day he/she caused to be served in the manner noted below, a copy of foregoing on the following counsel of record:

Cummins, Inc. and Cummins Northwest, LLC
c/o Mr. William L. Nie
Office of General Counsel
Cummins Inc. MC 60701
500 Jackson Street
Columbus, Indiana 47202-3005

Newport Diesel and Marine Company
c/o Kathrine Warren
P.O. Box 328
Newport, OR 97365

☒ Via U.S. Mail
☐ Via Email Transmission
☐ Via Facsimile
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 30th day of August, 2011.

*[signature]*

Signed at Seattle, Washington

PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE
No. 11-05517 RBL – Page 3

NIELSEN ■ SHIELDS
PLLC
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

20787 ng220305